**Opinion filed August 7, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00088-CV
_____

## MITCHELL E. BOULDIN, Appellant

## V.

## SYSTEMS & SERVICES TECHNOLOGIES, INC., Appellee

**On Appeal from the 277th District Court**

**Williamson County, Texas**

**Trial Court Cause No. 11-852-C26**

## M E M O R A N D U M   O P I N I O N

Appellant, Mitchell E. Bouldin, has notified this court, by way of a motion to reinstate the appeal, that his bankruptcy proceeding has been dismissed. Additionally, both parties have filed in this court an agreed motion to dismiss this appeal with prejudice. In the agreed motion, the parties request that this court grant their joint motion to dismiss with prejudice and order each party to bear its

own costs. Therefore, in accordance with the parties' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(2).

The joint motion to dismiss with prejudice is granted, and the appeal is dismissed.

PER CURIAM

August 7, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.